

# COURT OF APPEALS

CATHERINE STONE
  CHIEF JUSTICE
KAREN ANGELINI
SANDEE BRYAN MARION
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.4THCOA.COURTS.STATE.TX.US

KEITH E. HOTTLE
CLERK OF
COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

February 28, 2014

Anthony Cantu
Bexar County District Clerk
Paul Elizondo Tower
101 W. Nueva, Suite 217
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

James Legate
#888549
200 N. Comal
San Antonio, TX 78207

Susan D. Reed
District Attorney, Bexar County
Paul Elizondo Tower 1
101 W. Nueva suite 370
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:    04-14-00082-CR
        Trial Court Case Number:    1998CR6480
        Style:  In re James Legate

      Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

      If you should have any questions, please do not hesitate to contact me.

              Very truly yours,
              KEITH E. HOTTLE, CLERK

              Jennifer Saenz
              Deputy Clerk, Ext. 53221

cc: Honorable Melisa Skinner



# Fourth Court of Appeals
## San Antonio, Texas

February 28, 2014

No. 04-14-00082-CR

**IN RE** James **LEGATE**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
              Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice

On February 3, 2014, relator filed a petition for writ of mandamus. The court has considered relator's petition and has determined that it is now moot. Accordingly, the petition for writ of mandamus is DENIED AS MOOT. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on February 28th, 2014.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 1998CR6480, styled *The State of Texas v. James Legate*, pending in the 290th Judicial District Court, Bexar County, Texas, the Honorable Melisa Skinner presiding.

*MINUTES*

Court of Appeals
Fourth Court of Appeals District
San Antonio, Texas

February 28, 2014

No. 04-14-00082-CR

**IN RE** James **LEGATE**

Original Mandamus Proceeding[2]

**ORDER**

Sitting:        Karen Angelini, Justice
                  Rebeca C. Martinez, Justice
                  Patricia O. Alvarez, Justice

On February 3, 2014, relator filed a petition for writ of mandamus. The court has considered relator's petition and has determined that it is now moot. Accordingly, the petition for writ of mandamus is DENIED AS MOOT. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on February 28th, 2014.

/s/Karen Angelini
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of February, 2014.

/s/Keith E. Hottle
Keith E. Hottle
Clerk of Court

ENTERED THIS 28TH DAY OF FEBRUARY, 2014.

---

[2] This proceeding arises out of Cause No. 1998CR6480, styled *The State of Texas v. James Legate*, pending in the 290th Judicial District Court, Bexar County, Texas, the Honorable Melisa Skinner presiding.